EDWIN W. RICE, JR., et al., Respondents, *v.* GEORGE W. VAN VRANKEN, Appellant.

(Argued October 17, 1930; decided November 18, 1930.)

*George B. Smith* for appellant.

*Chatfield T. Bates* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.